Form osc1006 – osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−10020−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A Heyler 3rd
   174 Marlboro Rd
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−9693

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO COMPLY WITH
D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS**

   The debtor filed a petition on January 2, 2026, and has failed to comply with the Court's local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑   Debtor has not paid the filing fee in the amount of $313.00 in full at the time of the filing of the petition.

☐   Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐   Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

   It is hereby

   ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☑   Filing fee in the amount of $313.00

☐   Application for Individuals to Pay the Filing Fee in Installments

☐   Initial installment payment in the amount of $

☐   Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

   A hearing is scheduled before the Honorable Mark Edward Hall on:

   Date: January 29, 2026
   Time: 11:00 AM
   Location: Meeting to be held by phone, visit www.court−solutions.com, or www.njb.uscourts.gov, for more information.

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in–person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.


Dated: January 6, 2026
JAN: mrg

                                          <u>Mark Edward Hall</u>
                                          United States Bankruptcy Judge