UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROBERT C. NISENSON, ESQ.
10 AUER COURT
EAST BRUNSWICK, NEW JERSEY 08816
732-238-8777
ATTORNEY FOR DEBTOR
RCN 6680

Order Filed on January 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Charles A. Heyler, III

        Debtor.

Case No.: 26-10020

Chapter: 13

Judge: MEH

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: January 7, 2026

Honorable Mark E. Hall
United States Bankruptcy Judge

After review of the application of _____Charles A. Heyler, III_____ for the reduction of time for a hearing on  Notice of Motion to Continue Stay _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____January 14, 2026_____ at _09:00 am_ in the United States Bankruptcy Court, _____402 East State Street, Trenton, NJ 08608_____, Courtroom No. __2__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditors and Chapter 13 Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*