UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert C. Nisenson, Esq.
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
RCN 6680
Attorney for Debtor

In re:

**Charles A. Heyler, III**

**Debtor.**

Case No.: **26-10020**

Chapter: **13**

Adv. No.:

Hearing Date:

Judge: **MEH**

## CERTIFICATION OF SERVICE

1. I, **Alicia Colon**:

    ☐ represent ___ in the this matter.

    ☒ am the secretary/paralegal for **Robert C. Nisenson, Esq.**, who represents **the Debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **January 20, 2026**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    SIGNED ORDER TO CONTINUE STAY.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **January 20, 2026**

**/s/ Alicia Colon**
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|

1

| Name/Address | Role | Service Method |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106 | Attorney for<br>Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| NewRez LLC DBA Shellpoint Mortgage Service<br>P.O. Box 10826<br>Greenville, SC  29603 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Ashley Funding Services, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| FinWise Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3002<br>Malvern, PA  19355 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Jefferson Capital Systems LLC<br>P.O. Box 7999<br>Saint Cloud, MN  56302 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

rev. 8/1/15

| | | |
|---|---|---|
| Portfolio Recovery Associates<br>120 Corporate Blvd, Suite 100,<br>Norfolk, VA 23502 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*