Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10020−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles A Heyler 3rd
174 Marlboro Rd
Old Bridge, NJ 08857

Social Security No.:
    xxx−xx−9693

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 23, 2026.

Dated: March 23, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-10020-EJO

Charles A Heyler, 3rd                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                          Page 1 of 2

Date Rcvd: Mar 23, 2026                 Form ID: plncf13                      Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles A Heyler, 3rd, 174 Marlboro Rd, Old Bridge, NJ 08857-1425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520939114 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2026 21:35:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520937032 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2026 21:35:30 | Ashley Funding Services, LLC, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520937033 | + | Email/PDF: bncnotices@becket-lee.com | Mar 23 2026 21:35:28 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 520937034 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 23 2026 21:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302 |
| 520939113 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2026 21:35:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520937035 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2026 21:35:30 | LVNV Funding, LLC, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520937036 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 23 2026 21:33:00 | NewRez LLC DBA Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| 521026485 | | Email/Text: mtgbk@shellpointmtg.com | Mar 23 2026 21:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520937037 | | Portfolio Recovery Associates |
| 520937038 | | Portfolio Recovery Associates |
| 521006022 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                                    User: admin                                    Page 2 of 2

Date Rcvd: Mar 23, 2026                                 Form ID: plncf13                               Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Robert C. Nisenson | on behalf of Debtor Charles A Heyler  3rd r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4